## Steinmetz et al. *v.* Fennessy et al., Appellants.

*Practice, Supreme Court—Lower courts—Findings of fact—Conclusions of law — Conclusion following findings — Surcharge of school directors—Appeal—Act May 3, 1909, P. L. 392.*

On an appeal from the surcharge of school directors the facts found by the lower court are not reviewable. An appeal lies only from the legal conclusions and where they logically follow the facts found the judgment will be affirmed.

Argued June 12, 1918. Appeal, No. 366, Jan. T., 1917, by defendants, from decree of C. P. Columbia Co., surcharging defendants in case of Ferdinand Steinmetz, The Philadelphia and Reading Coal and Iron Company, the Lehigh Valley Coal Company, City of Philadelphia, Trustee under the Will of Stephen Girard, Deceased, v. William J. Fennessy, Hiram W. Watson, Martin Monahan, Anthony Mohan and Richard J. Kane, Directors of the School District of Conyngham Township, Columbia County. Before BROWN, C. J., MOSCHZISKER, FRAZER, WALLING and SIMPSON, JJ. Affirmed.

Appeal from report of auditors of the school district of Conyngham Township, Columbia County. Before EVANS, P. J.

The opinion of the Supreme Court states the case.

The lower court surcharged the defendants, the school directors of the said township, with the amount of the salaries paid school teachers in excess of the amount of said salaries as fixed at the beginning of the school year. Defendants appealed.

*Error assigned,* among others, was the decree of the court.

*Edward J. Flynn,* for appellants.

*R. S. Hemingway,* with him *D. W. Kaercher* and *Fred Ikeler, for* appellees.

PER CURIAM, July 17, 1918:

This appeal is from a surcharge by the appellants, school directors of Conyngham Township, Columbia County. The facts found by the court below, upon which the surcharge was based, are not reviewable, for an appeal lies only from legal conclusions in such a case: Sec. 4, Act of May 3, 1909, P. L. 392. The legal conclusions appealed from logically followed the facts found, and, on those conclusions, the decree of the court below is affirmed, at the costs of the appellants.